# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                    Plaintiff,<br><br>v.<br><br>DAVID M. WOLPE, et al.,<br><br>                    Defendants. | Case No.: 19-CV-02146 W (BGS)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) [DOC. 6]** |

Pending before the Court is Plaintiff's motion for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Good cause appearing, the Court **GRANTS** Plaintiff's motion for voluntary dismissal with prejudice. [Doc. 6.]

**IT IS SO ORDERED.**

Dated: May 15, 2020

_____
Hon. Thomas J. Whelan
United States District Judge

1

19-CV-02146 W (BGS)